IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>IAN MCCLINTON,  )<br>  )<br>  Defendant.  ) | Case No.  4:01CR238 |

## **ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue her revocation disposition hearing in the above captioned matter, filing 181. Being fully advised in the premises, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's supervised release disposition hearing shall be continued until the 6th day of April, 2006 at 12:30 p.m.  The defendant is ordered to appear at said hearing.

March 24, 2006.            BY THE COURT:

                s/ *Richard G. Kopf*
                United States District Judge